IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE CASTRO, JR.,<br><br>                  Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                  Defendants. | NO. EDCV 23-1635-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED as follows:

      (1) Defendant's motion to dismiss the First Amended Complaint is granted (a) with leave to amend as to the excessive force claims against Defendant Fawcett and three Doe Blue Team deputies in their individual capacity and (b) without further leave to amend as to all other claims including claims based on the Eighth Amendment, medical care, and failure to supervise or investigate;

  (2) Plaintiff's motion for leave to file the proposed Second Amended Complaint is granted;

  (3) The Clerk is directed to file the Second Amended Complaint;

  (4) The matter is referred back to the Magistrate Judge to set a date for Defendant's response to the Second Amended Complaint, set a date for Plaintiff to identify the three Doe Blue Team deputy defendants, and conduct further proceedings.

DATED: 4/1/2025

*Gary Klausner*
R. GARY KLAUSNER
United States District Judge