JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE CASTRO, JR., | NO. EDCV 23-1635-RGK (AGR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RIVERSIDE COUNTY SHERIFFS DEP'T, et al., | |
| Defendants. | |

For the reasons stated in the Order of Dismissal, judgment is entered for Defendants and this action is dismissed without prejudice for failure to prosecute.

DATED:  4/15/2026

R. GARY KLAUSNER
United States District Judge

1